**Order entered June 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00298-CV**

**VENKY VENKATRAMAN, Appellant**

**V.**

**STEPHEN D. SKINNER, ET AL., Appellees**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

**ORDER**

The reporter's record is incomplete. Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, has informed the Court that the hearing held on January 4, 2022 was recorded by substitute court reporter Crystal Carey. Accordingly, we **ORDER** Ms. Carey to file, by **June 30, 2022**, the reporter's record of the January 4 hearing. As the record reflects appellant is indigent, the record shall be filed without payment of costs.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms.

Finkley, Ms. Carey, and all parties.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE